IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

KHARATI L. SACHDEVA,             )
                                          )
        Plaintiff,            )     TC-MD 120831N
                                            )
        v.                      )
                                          )
DEPARTMENT OF REVENUE,     )
State of Oregon,                   )
                                          )
        Defendant.      )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On March 8, 2013, the court sent the parties an Order instructing Plaintiff to file a written response, copy to Defendant, within 45 days of the court's Order. The Order advised that failure to comply with the deadlines set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received the Plaintiff's written response or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of April 2013.

                                                            ALLISON R. BOOMER
                                                            MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Allison R. Boomer on April 26, 2013.*
*The Court filed and entered this document on April 26, 2013.*